UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA OLMO,

                Plaintiff,

   v.                                       **ORDER**

ARCHDIOCESE OF NEW YORK,             20 Civ. 6020 (ER)
ARCHDIOCESE OF NEWARK,
DIOCESE OF PATERSON,
CAPUCHIN FRANCISCAN FRIARS,
COVENANT HOUSE,
ARCHDIOCESE OF ATLANTA,
DIOCESE OF WILMINGTON,
PAUL DALEO, and
DOE DEFENDANTS 1-10, inclusive,

                Defendants.

RAMOS, D.J.

        On August 2, 2020, Lisa Olmo brought this action against the Archdiocese of New York, Archdiocese of Newark, Diocese of Paterson, Capuchin Franciscan Friars, Covenant House, Archdiocese of Atlanta, Diocese of Wilmington, Paul Daleo, and Does 1-10 for childhood sexual assault and related claims. Doc. 1. On August 17, 2020, electronic summonses issued for each named defendant. On December 7, 2020, Olmo informed the Court that she intended to file an amended complaint removing the Archdiocese of New York, Capuchin Franciscan Friars, Covenant House, and the Archdiocese of Atlanta as defendants. Doc. 13. On December 8, 2020, the Court entered a stipulation to dismiss the case as to the Archdiocese of Atlanta. Doc. 15. Since then, Olmo has not filed an amended complaint and none of the electronic summonses have been returned executed.

Olmo is therefore directed to submit a status report regarding the status of the case by **April 19, 2021**.  Failure to comply with Court orders may result in sanctions, including dismissal pursuant to Fed. R. Civ. P. 4(m).

It is SO ORDERED.

Dated: April 5, 2021
New York, New York

_____
Edgardo Ramos, U.S.D.J.