UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA OLMO,

                Plaintiff,

– against –

ARCHDIOCESE OF NEW YORK, ARCHDIOCESE OF NEWARK, DIOCESE OF PATERSON, CAPUCHIN FRANCISCAN FRIARS, COVENANT HOUSE, ARCHDIOCESE OF ATLANTA, DIOCESE OF WILMINGTON, PAUL DALEO, and DOE DEFENDANTS 1-10, inclusive,

                Defendants.

**ORDER**

20 Civ. 6020 (ER)

Ramos, D.J.:

      On August 2, 2020, Lisa Olmo brought this action against the Archdiocese of New York, Archdiocese of Newark, Diocese of Paterson, Capuchin Franciscan Friars, Covenant House, Archdiocese of Atlanta, Diocese of Wilmington, Paul Daleo, and Does 1-10 for battery and related claims.  Doc. 1.  On August 17, 2020, electronic summonses issued for each named defendant.  On December 7, 2020, Olmo informed the Court that she would file an amended complaint removing the Archdiocese of New York, Capuchin Franciscan Friars, Covenant House, and the Archdiocese of Atlanta as defendants.  Doc. 13.  On December 8, 2020, the Court entered a stipulation to dismiss the case as to the Archdiocese of Atlanta.  Doc. 15.  Olmo did not file an amended complaint, and none of the electronic summonses has been returned executed.

      On April 5, 2021, the Court directed Olmo to submit a status report, and warned that failure to comply with Court orders might result in sanctions, including dismissal.  Doc. 17.  On April 19, 2021, Olmo filed a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to defendants Archdiocese of Newark, Diocese of Paterson, Capuchin

Franciscan Friars, Covenant House, Diocese of Wilmington, and Paul Daleo.  Doc. 18.  That submission was flagged as deficient by the Clerk of Court, and Olmo was directed to re-file the notice of voluntary dismissal.  She did not do so.  As Plaintiff has not taken any action to prosecute this case in approximately seven months, this matter is hereby dismissed without prejudice.  *See* Fed. R. Civ. P. 41(b).  The Clerk of Court is respectfully directed to close the case.

    It is SO ORDERED.

Dated:   November 15, 2021
           New York, New York

                                                          Edgardo Ramos, U.S.D.J.